**Opinion issued April 7, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00158-CV

———————————

**CANDICE SCHWAGER, Appellant**

**V.**

**CAROL ANNE MANLEY, DAVID PETERSON, AND
SILVERADO SENIOR LIVING, INC. D/B/A SILVERADO LIVING
CENTER–SUGAR LAND, Appellees**

On Appeal from the Probate Court No. 1
Harris County, Texas
Trial Court Case No. 427, 208-401

## MEMORANDUM OPINION

Appellant, Candice Schwager, has filed an unopposed motion to dismiss this

appeal. No opinion has issued in this appeal. Accordingly, we grant the motion and

dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Bland, and Massengale.